Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Lynda Shaffer**
Debtor(s)

Bankruptcy Case No.: 19–21756–JAD
Issued Per June 3, 2019 Proceeding
Chapter: 13
Docket No.: 21 – 2
Concil. Conf.: November 7, 2019 at 09:30 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated April 30, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Nov. 7, 2019 at 09:30 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H. Additional Terms: The secured claim of Ford Motor Credit Co. at Claim No. 1–2 shall govern as to claim amount, to be paid at the modified plan terms.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: June 7, 2019

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 19-21756-JAD
Lynda Shaffer                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel            Page 1 of 2              Date Rcvd: Jun 07, 2019
                              Form ID: 149          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2019.
```
db             +Lynda Shaffer,    115 Lewisham Rd,    Cranberry Twp, PA 16066-8313
15043130       +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
15043131       +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
15043133       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
15043134       +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
15053794      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:  Ford Motor Credit Company LLC,    P. O. Box 62180,
                 Colorado Springs, CO 80962)
15043139       +Ford Motor Credit Comp,    Pob 542000,    Omaha, NE 68154-8000
15043140       +Gs Bank Usa,    Po Box 45400,    Salt Lake City, UT 84145-0400
15043144       +Northwest Consumer Dis,    118 S Main St,    Zelienople, PA 16063-1148
15043147       +Santander Consumer Usa,    Po Box 961245,    Fort Worth, TX 76161-0244
15043157       +Target N.b.,    Po Box 673,    Minneapolis, MN 55440-0673
15043158       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 08 2019 03:35:11
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15043132       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2019 03:35:08
                 Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
15043135       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 08 2019 03:37:01      Comenity Bank/lnbryant,
                 Po Box 182789,    Columbus, OH 43218-2789
15043136       +E-mail/Text: bankruptcy@diamondresorts.com Jun 08 2019 03:36:57       Diamond Resorts Fs,
                 10600 W Charleston Blvd,    Las Vegas, NV 89135-1260
15043137       +E-mail/Text: mrdiscen@discover.com Jun 08 2019 03:36:47       Discover Fin Svcs Llc,    Pob 15316,
                 Wilmington, DE 19850-5316
15043138       +E-mail/Text: bankruptcynotice@fcbanking.com Jun 08 2019 03:36:49       First Commonwealth Ban,
                 601 Philadelphia St,    Indiana, PA 15701-3952
15043141       +E-mail/Text: bncnotices@becket-lee.com Jun 08 2019 03:36:52       Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
15043142       +E-mail/Text: bk@lendingclub.com Jun 08 2019 03:37:40       Lending Club Corp,    71 Stevenson,
                 San Francisco, CA 94105-2985
15043143       +E-mail/Text: bkr@cardworks.com Jun 08 2019 03:36:38       Merrick Bank Corp,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
15043145       +E-mail/Text: bankruptcy@diamondresorts.com Jun 08 2019 03:36:57       Ocean Beach Club Llc,
                 932 Laskin Road,    Virginia Beach, VA 23451-3990
15043146       +E-mail/Text: bankruptcyteam@quickenloans.com Jun 08 2019 03:37:36       Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
15066028       +E-mail/Text: bankruptcyteam@quickenloans.com Jun 08 2019 03:37:36       Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
15043148       +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2019 03:35:05       Syncb/amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
15043149       +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2019 03:36:02       Syncb/gap,    Po Box 965005,
                 Orlando, FL 32896-5005
15043150       +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2019 03:34:16       Syncb/jcp,    Po Box 965007,
                 Orlando, FL 32896-5007
15043151       +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2019 03:36:02       Syncb/lowes,    Po Box 956005,
                 Orlando, FL 32896-0001
15043152       +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2019 04:00:56       Syncb/old Navy,    Po Box 965005,
                 Orlando, FL 32896-5005
15043153       +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2019 03:36:02       Syncb/oldnavydc,    Po Box 965005,
                 Orlando, FL 32896-5005
15043154       +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2019 03:34:16       Syncb/roomful Express,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
15043155       +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2019 03:35:06       Syncb/walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
15043156       +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2019 03:35:06       Syncb/walmart Dc,    Po Box 965024,
                 Orlando, FL 32896-5024
15044860       +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2019 03:36:02       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15043159       +E-mail/Text: vci.bkcy@vwcredit.com Jun 08 2019 03:37:29       Vw Credit Inc,    1401 Franklin Blvd,
                 Libertyville, IL 60048-4460
                                                                                               TOTAL: 23

               ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
                                                                                    TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2           User: jhel                  Page 2 of 2                   Date Rcvd: Jun 07, 2019
                               Form ID: 149                Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2019 at the address(es) listed below:
```
              James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Lynda  Shaffer ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4
```