Certificate Number: 14912-PAW-DE-033144855

Bankruptcy Case Number: 19-21756



14912-PAW-DE-033144855

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 22, 2019, at 9:01 o'clock PM EDT, Lynda Shaffer completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: July 22, 2019

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor