# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

11/01/2023

IN RE:

| | |
|---|---|
| LYNDA SHAFFER | Case No.19-21756 JAD |
| 115 LEWISHAM RD | |
| CRANBERRY TWP,  PA  16066 | Chapter 13 |
| XXX-XX-9359        Debtor(s) | |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/1/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

# CLAIM RECORDS

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  0299 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  AMAZON/PRAE | |

| | | |
|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:2  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  QUICKEN LNS/PRAE | |

| | | |
|---|---|---|
| **FORD MOTOR CREDIT COMPANY LLC(*)** | Trustee Claim Number:3  INT %: 4.25% | CRED DESC:  VEHICLE |
| DEPT 55953 | Court Claim Number:1-2 | ACCOUNT NO.:  4393 |
| PO BOX 55000 | | |
| | CLAIM:  16,222.00 | |
| DETROIT, MI  48255-0953 | COMMENT:  $CL1-2GOV@TERMS/PL*$/CL-PL@4.25%/PL* AMD*W/46 | |

| | | |
|---|---|---|
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC** | Trustee Claim Number:4  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| 635 WOODWARD AVE | Court Claim Number:2 | ACCOUNT NO.:  0930 |
| | | |
| | CLAIM:  0.00 | |
| DETROIT, MI  48226 | COMMENT:  1471/PL*PMT/DECLAR*DKT4PMT-LMT*$0 ARRS/PL-CL*BGN 5/19 | |

| | | |
|---|---|---|
| **BANK AMERICA** | Trustee Claim Number:5  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 4909 SAVARESE CL | Court Claim Number: | ACCOUNT NO.:  1204 |
| | | |
| | CLAIM:  0.00 | |
| TAMPA, FL  33634 | COMMENT:  NO$~MORT?/SCH | |

| | | |
|---|---|---|
| **BARCLAYS BANK DELAWARE** | Trustee Claim Number:6  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 125 S WEST ST | Court Claim Number: | ACCOUNT NO.:  6860 |
| | | |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19801 | COMMENT:  NT ADR~NO$/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE**** | Trustee Claim Number:7  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.:  7217 |
| | | |
| | CLAIM:  0.00 | |
| CHARLOTTE, NC  28269 | COMMENT: | |

| | | |
|---|---|---|
| **CAPITAL ONE**** | Trustee Claim Number:8  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.:  6767 |
| | | |
| | CLAIM:  0.00 | |
| CHARLOTTE, NC  28269 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE**** | Trustee Claim Number:9  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.:  5074 |
| | | |
| | CLAIM:  0.00 | |
| CHARLOTTE, NC  28269 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **CHASE CARD SERVICES**** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.:  9991 |
| | | |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT:  NO$/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CITIBANK\*\*** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 6241 | Court Claim Number: | ACCOUNT NO.: 2979 |
| | CLAIM: 0.00 | |
| SIOUX FALLS, SD 57117-6214 | COMMENT: NT ADR~NO$/SCH | |

| | | |
|---|---|---|
| **COMENITY BANK** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.: 6880 |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43218 | COMMENT: NT ADR~NO$~LNBRYANT/SCH | |

| | | |
|---|---|---|
| **COMENITY BANK** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.: 4498 |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43218 | COMMENT: NT ADR~NO$~LNBRYANT/SCH | |

| | | |
|---|---|---|
| **DIAMOND RESORTS FINANCIAL SVCS INC** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 10600 W CHARLESTON BLVD | Court Claim Number: | ACCOUNT NO.: 8899 |
| | CLAIM: 0.00 | |
| LAS VEGAS, NV 89135 | COMMENT: TIME SHARE/SCH | |

| | | |
|---|---|---|
| **DISCOVER BANK(\*)** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number: | ACCOUNT NO.: 2499 |
| PO BOX 3025 | | |
| NEW ALBANY, OH 43054-3025 | CLAIM: 0.00 | |
| | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **FIRST COMMONWEALTH BANK(\*)** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 400\* | Court Claim Number: | ACCOUNT NO.: 4519 |
| | CLAIM: 0.00 | |
| INDIANA, PA 15701 | COMMENT: NO$~MORT?/SCH | |

| | | |
|---|---|---|
| **FORD MOTOR CREDIT COMPANY LLC(\*)** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| DEPT 55953 | Court Claim Number: | ACCOUNT NO.: 0838 |
| PO BOX 55000 | | |
| DETROIT, MI 48255-0953 | CLAIM: 0.00 | |
| | COMMENT: NO$~AUTO/SCH | |

| | | |
|---|---|---|
| **GS BANK USA** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 45400 | Court Claim Number: | ACCOUNT NO.: 0581 |
| | CLAIM: 0.00 | |
| SALT LAKE CITY, UT 84145 | COMMENT: | |

| | | |
|---|---|---|
| **GS BANK USA** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 45400 | Court Claim Number: | ACCOUNT NO.: 4461 |
| | CLAIM: 0.00 | |
| SALT LAKE CITY, UT 84145 | COMMENT: | |

| | | |
|---|---|---|
| **CAPITAL ONE NA\*\*** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:3 | ACCOUNT NO.: 6002 |
| PO BOX 3001 | | |
| MALVERN, PA 19355-0701 | CLAIM: 965.29 | |
| | COMMENT: CAP 1/SCH\*KOHLS | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **KOHLS++** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 2983 | Court Claim Number: | ACCOUNT NO.: 6382 |
| | CLAIM: 0.00 | |
| MILWAUKEE, WI 53201-2983 | COMMENT: NT ADR~NO$~CAP 1/SCH | |
| **LENDING CLUB CORP*** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 3440 FLAIR DR | Court Claim Number: | ACCOUNT NO.: 8832 |
| LOCKBOX SERVICES #0134268 | | |
| | CLAIM: 0.00 | |
| EL MONTE, CA 91731 | COMMENT: NO$/SCH | |
| **LENDING CLUB CORP*** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 3440 FLAIR DR | Court Claim Number: | ACCOUNT NO.: 3758 |
| LOCKBOX SERVICES #0134268 | | |
| | CLAIM: 0.00 | |
| EL MONTE, CA 91731 | COMMENT: NO$/SCH | |
| **MERRICK BANK** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS** | Court Claim Number: | ACCOUNT NO.: 3643 |
| POB 10368 | | |
| | CLAIM: 0.00 | |
| GREENVILLE, SC 29603-0368 | COMMENT: NT ADR~NO$/SCH | |
| **NORTHWEST CONSUMER DISCOUNT CO**** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 100 LIBERTY ST | Court Claim Number: | ACCOUNT NO.: 0001 |
| PO BOX 337 | | |
| | CLAIM: 0.00 | |
| WARREN, PA 16365 | COMMENT: NT ADR~NO$/SCH | |
| **OCEAN BEACH CLUB LLC++** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 932 LASKIN RD | Court Claim Number: | ACCOUNT NO.: 9972 |
| | CLAIM: 0.00 | |
| VIRGINIA BEACH, VA 23451 | COMMENT: NO$~TIME SHARE/SCH | |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1050 WOODWARD AVE | Court Claim Number: | ACCOUNT NO.: 1601 |
| | CLAIM: 0.00 | |
| DETROIT, MI 48226 | COMMENT: NO$~MORT?/SCH | |
| **SANTANDER CONSUMER USA**** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 961245 | Court Claim Number: | ACCOUNT NO.: 1000 |
| | CLAIM: 0.00 | |
| FT WORTH, TX 76161-1245 | COMMENT: NO$~AUTO/SCH | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:5-2 | ACCOUNT NO.: 0299 |
| | CLAIM: 186.78 | |
| NORFOLK, VA 23541 | COMMENT: SYNCHRONY*AMAZON | |
| **SYNCHRONY BANK** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 4431 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: NT ADR~NO$~GAP/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 7728 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: NT ADR~NO$~JCP/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 8135 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: NT ADR~NO$~JCP/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 3583 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: NT ADR~NO$~LOWES/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 1213 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: NT ADR~NO$~OLD NAVY/SCH | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:6 | ACCOUNT NO.: 0834 |
| | CLAIM: 8,056.11 | |
| NORFOLK, VA 23541 | COMMENT: OLD NAVY/SCH*SYNCHRONY BANK | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 2469 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: NT ADR~NO$~OLD NAVY/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 1597 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: NT ADR~NO$~ROOMFULL EXPRESS/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 0249 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: NT ADR~NO$~WALMART/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:39 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 3979 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: NT ADR~NO$~WALMART/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:40 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 3840 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: NT ADR~NO$~WALMART/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:7 | ACCOUNT NO.:  5420 |
| | CLAIM:  548.45 | |
| NORFOLK, VA  23541 | COMMENT:  NO$~WALMART/SCH*SYNCHRONY BANK | |

| | | |
|---|---|---|
| **TARGET** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 660170 | Court Claim Number: | ACCOUNT NO.:  6411 |
| | CLAIM:  0.00 | |
| DALLAS, TX  75266 | COMMENT:  NT ADR~NO$/SCH | |

| | | |
|---|---|---|
| **TD BANK USA NA\*\*** | Trustee Claim Number:43  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:8 | ACCOUNT NO.:  3989 |
| PO BOX 3978 | CLAIM:  350.48 | |
| SEATTLE, WA  98124 | COMMENT: | |

| | | |
|---|---|---|
| **VW CREDIT INC** | Trustee Claim Number:44  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1401 FRANKLIN BLVD | Court Claim Number: | ACCOUNT NO.:  6079 |
| | CLAIM:  0.00 | |
| LIBERTYVILLE, IL  60048 | COMMENT:  NO$~AUTO/SCH | |

| | | |
|---|---|---|
| **VW CREDIT INC** | Trustee Claim Number:45  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1401 FRANKLIN BLVD | Court Claim Number: | ACCOUNT NO.:  6542 |
| | CLAIM:  0.00 | |
| LIBERTYVILLE, IL  60048 | COMMENT:  NO$~AUTO/SCH | |

| | | |
|---|---|---|
| **FORD MOTOR CREDIT COMPANY LLC(\*)** | Trustee Claim Number:46  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| DEPT 55953 | Court Claim Number:1-2 | ACCOUNT NO.:  4393 |
| PO BOX 55000 | CLAIM:  1,530.58 | |
| DETROIT, MI  48255-0953 | COMMENT:  NO GEN UNS/SCH*AMD*W/3 | |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE AS AGENT** | Trustee Claim Number:47  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:4 | ACCOUNT NO.:  0001 |
| | CLAIM:  514.85 | |
| HOUSTON, TX  77210-4457 | COMMENT:  NT/SCH*ACCT OPENED 2/22/2018 | |