Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Lynda Shaffer**
Debtor(s)

Bankruptcy Case No.: 19−21756−JAD

Chapter: 13
Docket No.: 45 − 43

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 29th of January, 2024, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/8/24.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/16/24 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/8/24.**

                                                    Jeffery A. Deller
                                                    United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Lynda Shaffer  
    Debtor

Case No. 19-21756-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jan 29, 2024      Form ID: 408      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Lynda Shaffer, 115 Lewisham Rd, Cranberry Twp, PA 16066-8313 |
| 15043144 | + | Northwest Consumer Dis, 118 S Main St, Zelienople, PA 16063-1148 |
| 15044860 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:38:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15043130 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 30 2024 00:07:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15043131 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 30 2024 00:08:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15043132 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 00:13:21 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15074167 | | Email/PDF: bncnotices@becket-lee.com | Jan 30 2024 00:25:33 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15043134 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:12:56 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15043135 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2024 00:08:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15043136 | + | Email/Text: bankruptcy@diamondresorts.com | Jan 30 2024 00:08:00 | Diamond Resorts Fs, 10600 W Charleston Blvd, Las Vegas, NV 89135-1260 |
| 15043137 | + | Email/Text: mrdiscen@discover.com | Jan 30 2024 00:07:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15053794 | | Email/Text: EBNBKNOT@ford.com | Jan 30 2024 00:10:00 | Ford Motor Credit Company LLC, P. O. Box 62180, Colorado Springs, CO 80962 |
| 15043138 | + | Email/Text: SAABankruptcy@fcbanking.com | Jan 30 2024 00:08:00 | First Commonwealth Ban, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 15043139 | + | Email/Text: EBNBKNOT@ford.com | Jan 30 2024 00:10:00 | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 15043140 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 30 2024 00:08:00 | Gs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 15043133 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 30 2024 00:13:19 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 15043141 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 30 2024 00:07:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Menomonee Falls, WI 53051-7096 |
| 15043142 | + | Email/Text: Documentfiling@lciinc.com | Jan 30 2024 00:07:00 | Lending Club Corp, 71 Stevenson, San Francisco, CA 94105-2934 |
| 15043143 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 30 2024 00:12:48 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15043145 | + | Email/Text: bankruptcy@diamondresorts.com | Jan 30 2024 00:08:00 | Ocean Beach Club Llc, 932 Laskin Road, Virginia Beach, VA 23451-3990 |
| 15083578 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:37:34 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15043146 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 30 2024 00:10:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15066028 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 30 2024 00:10:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15043147 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 30 2024 00:09:00 | Santander Consumer Usa, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15043148 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:13:56 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15043149 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:13:58 | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 15043150 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:12:55 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15043151 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:24:42 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15043152 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:37:27 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15043153 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:38:24 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 15043154 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:13:01 | Syncb/roomful Express, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15043155 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:13:16 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15043156 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:37:32 | Syncb/walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 15084137 | + | Email/Text: bncmail@w-legal.com | Jan 30 2024 00:09:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15043157 | + | Email/Text: bncmail@w-legal.com | Jan 30 2024 00:08:00 | Target N.b., Po Box 673, Minneapolis, MN 55440-0673 |
| 15043158 | + | Email/Text: bncmail@w-legal.com | Jan 30 2024 00:08:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15080037 | | Email/PDF: ebn_ais@aisinfo.com | Jan 30 2024 00:13:49 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15043159 | + | Email/Text: vci.bkcy@vwcredit.com | Jan 30 2024 00:09:00 | Vw Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |

TOTAL: 36

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |

Case 19-21756-JAD    Doc 46    Filed 01/31/24    Entered 02/01/24 00:32:18    Desc Imaged
Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jan 29, 2024 | Form ID: 408 | Total Noticed: 39 |

cr                    Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2024                   Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Lawrence W. Willis | on behalf of Debtor Lynda Shaffer ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6