IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    LYNDA SHAFFER

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:19-21756 JAD

Chapter 13

Related to ECF No. 43

**DEFAULT O/E JAD**

ORDER OF COURT

  AND NOW, this 10th day of April, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
4/10/24 2:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_JEFFERY A. DELLER_ jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-21756-JAD
Lynda Shaffer Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Apr 10, 2024      Form ID: pdf900      Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Lynda Shaffer, 115 Lewisham Rd, Cranberry Twp, PA 16066-8313 |
| 15043144 | + | Northwest Consumer Dis, 118 S Main St, Zelienople, PA 16063-1148 |
| 15044860 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 11 2024 00:27:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15043130 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 11 2024 00:09:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15043131 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 11 2024 00:10:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15043132 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2024 00:13:48 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15074167 | | Email/PDF: bncnotices@becket-lee.com | Apr 11 2024 00:14:11 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15043134 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2024 00:13:59 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15043135 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2024 00:11:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15043136 | + | Email/Text: bankruptcy@diamondresorts.com | Apr 11 2024 00:10:00 | Diamond Resorts Fs, 10600 W Charleston Blvd, Las Vegas, NV 89135-1260 |
| 15043137 | + | Email/Text: mrdiscen@discover.com | Apr 11 2024 00:10:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15053794 | | Email/Text: EBNBKNOT@ford.com | Apr 11 2024 00:11:00 | Ford Motor Credit Company LLC, P. O. Box 62180, Colorado Springs, CO 80962 |
| 15043138 | + | Email/Text: SAABankruptcy@fcbanking.com | Apr 11 2024 00:10:00 | First Commonwealth Ban, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 15043139 | + | Email/Text: EBNBKNOT@ford.com | Apr 11 2024 00:11:00 | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 15043140 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 11 2024 00:10:00 | Gs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 15043133 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 11 2024 00:14:06 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 15043141 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 11 2024 00:10:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Menomonee Falls, WI 53051-7096 |
| 15043142 | + | Email/Text: Documentfiling@lciinc.com | Apr 11 2024 00:10:00 | Lending Club Corp, 71 Stevenson, San Francisco, CA 94105-2934 |
| 15043143 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 11 2024 00:13:48 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15043145 | + | Email/Text: bankruptcy@diamondresorts.com | Apr 11 2024 00:10:00 | Ocean Beach Club Llc, 932 Laskin Road, Virginia Beach, VA 23451-3990 |
| 15083578 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 11 2024 00:13:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15043146 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 11 2024 00:11:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15066028 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 11 2024 00:11:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15043147 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 11 2024 00:11:00 | Santander Consumer Usa, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15043148 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:14:08 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15043149 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:14:12 | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 15043150 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:14:05 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15043151 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:13:51 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15043152 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:14:09 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15043153 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:14:09 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 15043154 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:14:01 | Syncb/roomful Express, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15043155 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:13:47 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15043156 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:13:49 | Syncb/walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 15084137 | + | Email/Text: bncmail@w-legal.com | Apr 11 2024 00:11:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15043157 | + | Email/Text: bncmail@w-legal.com | Apr 11 2024 00:10:00 | Target N.b., Po Box 673, Minneapolis, MN 55440-0673 |
| 15043158 | + | Email/Text: bncmail@w-legal.com | Apr 11 2024 00:10:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15080037 | | Email/PDF: ebn_ais@aisinfo.com | Apr 11 2024 00:13:58 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15043159 | + | Email/Text: vci.bkcy@vwcredit.com | Apr 11 2024 00:11:00 | Vw Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |

TOTAL: 36

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |

cr                  Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2024            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Lawrence W. Willis | on behalf of Debtor Lynda Shaffer ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6